# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JOELLE NOREEN PIERCE,**

    **Plaintiff,**

v.                                            Case No. 5:21cv215-TKW-HTC

**KILOLO KIJAKAZI, Acting
Commissioner of Social Security,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Commissioner's decision denying Plaintiff's claim for disability benefits should be affirmed. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Commissioner's decision is **AFFIRMED**.

3. Plaintiff's motion for summary judgment (Doc. 10) is **DENIED**.

4.	The Clerk shall enter judgment in favor of Defendant and close the case file.

**DONE and ORDERED** this 29th day of August, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**